No. 9724. ARTHUR C. BENNETT and GERTRUDE BENNETT, Husband and Wife, PLAINTIFFS AND RESPONDENTS, *v.* R. B. FRASER and ROSABELLE FRASER, DEFENDANTS AND APPELLANTS.

322 Pac. (2d) 1119.

Decided March 17, 1958.

*Kurth, Conner & Jones* by *Stuart W. Conner,* for Defendants and Appellants.

*Dillavou & Hauf* by *John A. Hauf,* for Plaintiffs and Respondents.

MR. CHIEF JUSTICE HARRISON:

Pursuant to the foregoing stipulation, it is ordered that the above-entitled appeal be dismissed as having been fully settled on its merits.